# United States District Court

NORTHERN **DISTRICT OF** CALIFORNIA

E-filing

Alice H. Payne

**SUMMONS IN A CIVIL CASE**

V.

Michael J. Astrue,
Commissioner of
Social Security

CASE NUMBER:

**BZ**

CV 08 0798

TO: (Name and address of defendant)

Pls. See Attachment for the Info.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. Collins
P.O. Box 1193
Arcata, CA  95518

an answer to the complaint which is herewith served upon you, within _____90_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**
CLERK

THELMA NUDO
(BY) DEPUTY CLERK

FEB 2 8 2008
DATE

# **ATTACHMENT**

**TO: (Name & Address of Defendant(s))**

*Civil Process Clerk*
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

*Social Security Administration*
*Office of the General Counsel*
Region IX
333 Market Street, Suite 1500
San Francisco, California 94105

*United States Attorney General*
*United States Department of Justice*
10th & Pennsylvania, N.W.
Washington, D.C.  20530