UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICE PAYNE, | ) | |
| Plaintiff(s), | ) | No. C 08-798 BZ |
| v. | ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| MICHAEL J. ASTRUE, | ) | |
| Defendant(s). | ) | |

Defendant served its answer on June 2, 2008. Pursuant to Civil Local Rule 16-5 and as set forth in the Procedural Order for Social Security Review Actions served on plaintiff, she was required to serve and file her motion for summary judgment or for remand within 30 days of service of defendant's answer. To date, plaintiff has not done so.

Therefore, good cause appearing, plaintiff is hereby **ORDERED** to either file a motion by **July 21, 2008** or show cause why this case should not be dismissed for lack of prosecution on **Wednesday, August 13, 2008**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: July 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PAYNE V. ASTRUE\OSC RE DISMISSAL.wpd

1