1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707) 822-1611 fax 822-1044
   aew1950@yahoo.com

   Attorney for Plaintiff ALICE H. PAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALICE H. PAYNE**, | Case No.: 3:08-CV-00798-BZ |
| Plaintiff, | **PLAINTIFF'S MOTION TO DISMISS** |
| vs. | |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant | |

Plaintiff hereby requests that the complaint in this matter be dismissed.

Respectfully submitted,

/s/

Kenneth J. Collins
Attorney for Plaintiff

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Bernard Zimmerman]*

7/16/2008
DENIED. Answer has been served.
Rule 41(1)(A)(i)