UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE PAYNE,<br><br>       Plaintiff(s),<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>       Defendant(s). | No. C 08-798 BZ<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff is **ORDERED** to either file a motion for summary judgment or for remand by **October 1, 2008**, or file a stipulation of dismissal by **October 1, 2008** or show cause why this case should not be dismissed for lack of prosecution on **Wednesday, October 8, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 2, 2008

                                            Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\PAYNE V. ASTRUE\OSC RE DISMISSAL2.wpd