KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA 95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com

Attorney for Plaintiff ALICE H. PAYNE

FILED
OCT 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALICE H. PAYNE, | Case No.: 3:08-CV-00798-BZ |
|---|---|
| Plaintiff, | ~~STIPULATION~~ AND ORDER DISMISSING PLAINTIFF'S COMPLAINT |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by the undersigned respective parties, subject to the approval of the Court, that this action be dismissed.

The parties apologize for any inconvenience to the Court that may have been caused by the delay in filing this joint stipulation to dismiss.

//

//

| | | | |
|---|---|---|---|
| 1 | Dated: _____ | | /s/ Kenneth J. Collins |
| 2 | | | KENNETH J. COLLINS<br>Attorney for Plaintiff |
| 3 | | | |
| 4 | | | |
| 5 | | | United States Attorney<br>Joseph P. Russoniello |
| 6 | Dated: _____ | By: | /s/ Eric K. H. Chinn |
| 7 | | | ERIC K. H. CHINN<br>Assistant Regional Counsel |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is DISMISSED.

Dated: 10/2/08    By: _____
Bernard [Zimmerman]
United States Judge Bernard Zimmerman

APPROVED

Any outstanding Order to Show Cause is Discharged.